## 4

Sam RAILBACK v. STATE. (No. 8795.)
(Court of Criminal Appeals of Texas. Oct. 15, 1924.) Appeal from Criminal District Court,

Dallas County; C. A. Pippen, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for manufacturing intoxicating liquor; punishment having been assessed at one year in the penitentiary. No statement of facts nor bills of exception accompany the record. The indictment is regular, and the charge of the court applicable to facts provable under the charge. No question is presented to this court for review, and the judgment is affirmed.

## 5

Dee SHIPP v. STATE. (No. 8787.) (Court of Criminal Appeals of Texas. Oct. 15, 1924.) Appeal from District Court, Bowie County; Hugh Carney, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for burglary, with punishment assessed at five years in the penitentiary. No statement of facts nor bills of exception accompany the record. The indictment is regular, and the charge of the court applicable to facts provable under the charge. No question is presented to this court for review, and the judgment is affirmed.

## 6

W. B. SPENCER v. STATE. (No. 8824.)
(Court of Criminal Appeals of Texas. Oct. 22, 1924.) Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Tarrant county of theft, and his punishment fixed at four years in the penitentiary. There is no statement of facts in the record. The indictment, charge of the court, and other proceedings seem to be in proper form, and, there being no bills of exception, the judgment of the trial court will be affirmed.